THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PATRICK FANE, Defendant-Appellant.

(No. 73-310; ▮▮▮▮▮▮▮▮)

Second District (2nd Division)—January 21, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Patrick E. Ward, State's Attorney, of Dixon (James W. Jerz and Martin P. Moltz, both of Illinois State's Attorneys Association, of Elgin, of counsel), for the People.